Document Electronically Filed

**CARLTON FIELDS JORDEN BURT, P.A.**
Robert W. DiUbaldo
rdiubaldo@carltonfields.com
Chrysler Building
405 Lexington Avenue, 36th Floor
New York, New York 10174
(212) 380-9635

Frank G. Burt (*pro hac vice*)
fburt@carltonfields.com
W. Glenn Merten (*pro hac vice*)
gmerten@carltonfields.com
Brian P. Perryman (*pro hac vice*)
bperryman@carltonfields.com
1025 Thomas Jefferson Street, NW
Washington, DC 20007
(202) 965-8100

*Attorneys for Defendant*
*American Security Insurance Company*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUFTI QUARASHI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>M&T BANK CORP., *et al.*,<br><br>Defendants. | Case No. 3:17-CV-06675-BRM-DEA<br><br>**MOTION TO DISMISS CLASS ACTION COMPLAINT BY DEFENDANT AMERICAN SECURITY INSURANCE COMPANY**<br><br>Motion Date: December 4, 2017 |

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 12(b)(6), defendant American Security Insurance Company, through its counsel of record, shall move the United States District Court for the District of New Jersey, before the Honorable Brian R. Martinotti, at the Clarkson S. Fisher Building & United States Courthouse, Trenton, New Jersey, on December 4, 2017, for an order dismissing the Complaint, with prejudice, for failure to state a claim upon which relief can be granted.  In support hereof, American Security shall rely upon the accompanying Brief in Support of Motion to Dismiss.  A proposed form of order is also filed herewith.  Pursuant to L. Civ. R. 78.1(b), oral argument is requested.

| | |
|---|---|
| Dated: November 6, 2017 | Respectfully submitted, |
| | **CARLTON FIELDS JORDEN BURT, P.A.** |
| | */s/ Robert W. DiUbaldo* |
| | Robert W. DiUbaldo |
| | rdiubaldo@carltonfields.com |
| | Chrysler Building |
| | 405 Lexington Avenue, 36th Floor |
| | New York, New York 10174 |
| | (212) 380-9635 |
| | |
| | Frank G. Burt (*pro hac vice*) |
| | fburt@carltonfields.com |
| | W. Glenn Merten (*pro hac vice*) |
| | gmerten@carltonfields.com |
| | Brian P. Perryman (*pro hac vice*) |
| | bperryman@carltonfields.com |
| | 1025 Thomas Jefferson Street, NW |
| | Washington, DC 20007 |
| | (202) 965-8100 |
| | |
| | *Attorneys for Defendant* |
| | *American Security Insurance Company* |