# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUFTI QUARASHI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>M&T BANK CORP., *et al.*,<br><br>Defendants. | Case No. 3:17-CV-06675-BRM-DEA<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION NATIONWIDE CLASS ALLEGATIONS IN CONNECTION WITH COUNTS I, II, III AND VI OF THE CLASS ACTION COMPLAINT**<br><br>Motion Date: December 4, 2017 |

THIS MATTER having been opened to the Court by counsel for defendant American Security Insurance Company, upon notice to counsel for plaintiff Mufti Quarashi, for an order dismissing, with prejudice, the nationwide state law class allegations with respect to Counts I, II, III and VI of the Class Action Complaint for lack of subject-matter jurisdiction,

The Court having considered all the papers submitted in support of and in opposition to the motion, and having heard the arguments of counsel, if any, and for good cause shown,

It is on this _____ day of _____, ORDERED that the motion is GRANTED and that the nationwide state law class allegations with respect to Counts I, II, III and VI of the Class Action Complaint are dismissed with prejudice for lack of subject-matter jurisdiction.

SO ORDERED.

At Trenton, New Jersey

_____<br>Brian R. Martinotti, U.S.D.J.