**Kyle Tognan, Esq. (NJ Bar No. 128372014)**
**Bathgate, Wegener & Wolf, P.C.**
**One Airport Road**
**P.O. Box 2043**
**Lakewood, New Jersey 08701**
**Phone: 732-363-0666**

*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MUFTI QUARASHI, on behalf of himself and all others similarly situated, | : : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | Case No. 3:17-cv-06675 |
| | : | Judge Brian R. Martinotti |
| M&T BANK CORP., AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, and VOYAGER INDEMNITY INSURANCE COMPANY, | : : : : : | Magistrate Judge Douglas E. Arpert |
| | | Motion Date: February 19, 2019 |
| Defendants. | | |

**PLAINTIFFS' UNOPPOSED MOTION**
**FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT,**
**CERTIFYING CLASS FOR SETTLEMENT PURPOSES, DIRECTING**
**THE ISSUANCE OF CLASS NOTICE, APPOINTMENT OF CLASS**
**<u>COUNSEL AND SCHEDULING FINAL APPROVAL HEARING</u>**

1

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 23, Plaintiff Mufti Quarashi ("Plaintiff"), on behalf of himself and all others similarly situated, by and through his counsel of record, shall respectfully move the United States District Court for the District of New Jersey, before the Honorable Brian R. Martinotti, at the Clarkson S. Fisher Building & United States Courthouse, Trenton, New Jersey, on February 19, 2019, for an order preliminarily approving the proposed class action settlement, as detailed in the accompanying Memorandum in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, Certifying Class for Settlement Purposes, Directing the Issuance of Class Notice, Appointment of Class Counsel and Scheduling Final Approval Hearing. A proposed form of order is also filed herewith.

Respectfully submitted this 22nd day of January, 2019.

| | |
|---|---|
| *s/ Kyle Tognan*_____<br>Kyle Tognan, Esq.<br>ktognan@bathweg.com<br>**BATHGATE WEGENER & WOLFE**<br>One Airport Road, P.O. Box 2043<br>Lakewood, New Jersey 08701<br>Phone: (732)-363-0666;<br>Fax: (732)-363-9864 | *s/Adam Moskowitz, Esq.*_____<br>Adam M. Moskowitz, Esq.<br>adam@moskowitz-law.com<br>Howard M. Bushman, Esq.<br>howard@moskowitz-law.com<br>Joseph M. Kaye, Esq.<br>joseph@moskowitz-law.com<br>**THE MOSKOWITZ LAW FIRM, PLLC**<br>2 Alhambra Plaza<br>Suite 601<br>Coral Gables, FL 33134<br>Telephone: 305 740-1423<br><br>***Attorneys for Plaintiff and the Proposed Class*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of January, 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

/s/ *Kyle Tognan*
Kyle Tognan, Esq. (NJ Bar No. 128372014)