**Kyle Tognan, Esq. (NJ Bar No. 128372014)**
**BATHGATE, WEGENER & WOLF, P.C.**
**One Airport Road**
**P.O. Box 2043**
**Lakewood, New Jersey 08701**
**Phone: 732-363-0666**
*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUFTI QUARASHI, on behalf of himself and all others similarly situated, | |
| | CIVIL ACTION |
| Plaintiff, | |
| | Case No. 3:17-cv-06675 |
| v. | |
| | |
| M&T BANK CORP. and AMERICAN SECURITY INSURANCE COMPANY, | Judge Brian R. Martinotti |
| | Magistrate Judge Douglas E. Arpert |
| Defendants. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT,**
**CERTIFICATION OF SETTLEMENT CLASS, AND APPOINTMENT OF**
<u>**CLASS REPRESENTATIVE**</u>

Plaintiff Mufti Quarashi ("Plaintiff"), on behalf of himself and all others similarly situated, respectfully submits his Unopposed Motion for Final Approval of

Class Action Settlement, Certification of Settlement Class, and Appointment of Class Representative. In support thereof, Plaintiff has contemporaneously filed a Memorandum of Law and the Declaration of Howard Bushman, with exhibits thereto. Defendants M&T Bank Corp. ("M&T"), American Security Insurance Company ("ASIC"), Standard Guaranty Insurance Company ("SGIC"), and Voyager Indemnity Insurance Company ("VIIC") (ASIC, SGIC, and VIIC are collectively referred to herein as the "Assurant Defendants") consent, for settlement purposes only, to Plaintiff's requested relief contained therein. For the reasons set forth in the Memorandum of Law, Plaintiff respectfully requests that the Court grant his Unopposed Motion for Final Approval of Class Action Settlement, Certification of Settlement Class, and Appointment of Class Representative, and enter the accompanying [Proposed] Order.

Dated: May 10, 2019

                        Respectfully submitted,

                        /s/ *Kyle Tognan*
                        Kyle Tognan, Esq.
                        ktognan@bathweg.com
                        **BATHGATE WEGENER & WOLFE**
                        One Airport Road, P.O. Box 2043
                        Lakewood, New Jersey 08701
                        Phone: (732)-363-0666;
                        Fax: (732)-363-9864

                        **THE MOSKOWITZ LAW FIRM, PLLC**
                        By: */s/Adam M. Moskowitz*
                        Adam M. Moskowitz, Esq. (*Pro Hac Vice*)
                        adam@moskowitz-law.com
                        Howard M. Bushman, Esq. (*Pro Hac Vice*)
                        howard@moskowitz-law.com
                        Joseph M. Kaye, Esq. (*Pro Hac Vice*)
                        joseph@moskowitz-law.com
                        2 Alhambra Plaza
                        Suite 601
                        Coral Gables, FL 33134
                        Telephone: (305) 740-1423

                        *Attorneys for Plaintiffs and*
                        *The Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of May 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

/s/ Kyle Tognan
Kyle Tognan (Bar No. 128372014)