**Kyle Tognan, Esq. (NJ Bar No. 128372014)**
**BATHGATE, WEGENER & WOLF, P.C.**
**One Airport Road**
**P.O. Box 2043**
**Lakewood, New Jersey 08701**
**Phone: 732-363-0666**
*Counsel for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUFTI QUARASHI, on behalf of himself and all others similarly situated, | : : : |
| Plaintiff, | : CIVIL ACTION : : Case No. 3:17-cv-06675 |
| v. | : : : |
| M&T BANK CORP. and AMERICAN SECURITY INSURANCE COMPANY, | : Judge Brian R. Martinotti : |
| Defendants. | Magistrate Judge Douglas E. Arpert |

### PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEYS' FEES AND EXPENSES AND A CASE CONTRIBUTION AWARD TO THE NAMED PLAINTIFF

Plaintiff Mufti Quarashi ("Plaintiff"), on behalf of himself and all others similarly situated, respectfully submits his Unopposed Motion for Attorneys' Fees and Expenses and Case Contribution Award to the Named Plaintiff. In support

thereof, Plaintiff have contemporaneously filed a Memorandum of Law and the Declaration of Howard Bushman, with exhibits thereto. Defendants M&T Bank Corp. ("M&T"), American Security Insurance Company ("ASIC"), Standard Guaranty Insurance Company ("SGIC"), and Voyager Indemnity Insurance Company ("VIIC") (ASIC, SGIC, and VIIC are collectively referred to herein as the "Assurant Defendants") consent, for settlement purposes only, to Plaintiff's requested relief contained therein. For the reasons set forth in the Memorandum of Law, Plaintiff respectfully requests that the Court grant his Unopposed Motion for Attorneys' Fees and Expenses and a Case Contribution Award to the Named Plaintiff, and enter the accompanying [Proposed] Order.

Dated: May 10, 2019

        Respectfully submitted,

        /s/ *Kyle Tognan*
        Kyle Tognan, Esq.
        ktognan@bathweg.com
        **BATHGATE WEGENER & WOLFE**
        One Airport Road, P.O. Box 2043
        Lakewood, New Jersey 08701
        Phone: (732)-363-0666;
        Fax: (732)-363-9864

        **THE MOSKOWITZ LAW FIRM, PLLC**
        By: */s/Adam M. Moskowitz*
        Adam M. Moskowitz, Esq. (*Pro Hac Vice*)
        adam@moskowitz-law.com
        Howard M. Bushman, Esq. (*Pro Hac Vice*)
        howard@moskowitz-law.com
        Joseph M. Kaye, Esq. (*Pro Hac Vice*)
        joseph@moskowitz-law.com
        2 Alhambra Plaza
        Suite 601
        Coral Gables, FL 33134
        Telephone: (305) 740-1423

        *Attorneys for Plaintiffs and*
        *The Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of May 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

/s/ Kyle Tognan
Kyle Tognan (Bar No. 128372014)